KIMBERLY B. GILLARD-HOLMES, Appellant, v ANTHONY PERSICO, Respondent. (And a Third-Party Action.) [639 NYS2d 90]

Upon the papers filed in support of the motion, the papers filed in opposition thereto, and upon the submission of the appeals, it is

Ordered that the motion is denied as academic (*see, Gillard-Holmes v Persico,* 225 AD2d 519 [decided herewith]). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.